# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVE OAK BANKING COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 23-332-JLH-SRF |
| | ) |
| STREETSHARES, INC., and | ) |
| MERIDIANLINK, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 20th day of August, 2024.

WHEREAS, on July 2, 2024, Magistrate Judge Fallon issued an Oral Report and Recommendation (D.I. 81) in this action, which recommended that the Court deny Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (D.I. 77); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 81) is ADOPTED. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (D.I. 77) is DENIED.

_____
Honorable Jennifer L. Hall
United States District Judge