IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVE OAK BANKING COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 23-332-JLH-SRF |
| STREETSHARES, INC., and MERIDIANLINK, INC., | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 20th day of August, 2024.

WHEREAS, on July 24, 2024, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 102) in this action, which recommended that the Court deny MeridianLink, Inc.'s motion to dismiss Count II, and grant StreetShares, Inc.'s and MeridianLink's motions to dismiss Counts I, III, and IV (D.I. 45, 47); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 102) is ADOPTED. MeridianLink, Inc.'s motion to dismiss Count II (D.I. 47) is DENIED. StreetShares, Inc.'s and MeridianLink's motions to dismiss Counts I, III, and IV (D.I. 45, 47) are GRANTED. Counts I, III, and IV are DISMISSED.

_____
Honorable Jennifer L. Hall
United States District Judge